TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
BRENT A. WHITTLESEY (Cal. Bar No. 73493)
Assistant United States Attorney
Asset Forfeiture Section
Federal Courthouse, 14th Floor
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-5421
Facsimile: (213) 894-0142
E-mail: Brent.Whittlesey@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| IN THE MATTER OF THE SEIZURE OF $78,484.94 IN BANK FUNDS FROM BANK OF AMERICA ACCOUNT ENDING 5273, $8,140.26 IN BANK FUNDS FROM BANK OF AMERICA ACCOUNT ENDING 5993, $2,196.75 IN BANK FUNDS BANK OF AMERICA ACCOUNT ENDING 1352, AND $1,154.29 IN BANK FUNDS FROM BANK OF AMERICA ACCOUNT ENDING 1611. | No. 2:21-CM-00100 STIPULATION AND REQUEST TO EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT [PROPOSED ORDER LODGED CONTEMPORANEOUSLY HEREWITH] |
| --- | --- |

It is hereby stipulated by and between the United States of America (the "government") and potential claimant Mohamed Ali Sabek ("Sabek") through his counsel, Stephen Fisch, as follows:

1.   Claimant Sabek filed a written claim on February 22, 2021, in administrative forfeiture proceedings commenced by the Drug Enforcement Administration ("DEA") with respect to $78,484.94 in bank funds from Bank of America account ending 5273 seized on November 25, 2020; $8,140.26 in bank funds from Bank of America account ending

5993 seized on November 25, 2020; $2,196.75 in bank funds Bank of America account ending 1352 seized on November 25, 2020; and $1,154.29 in bank funds from Bank of America account ending 1611 seized on November 25, 2020 (collectively, the "seized assets").

2.    The government asserts that the DEA has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  Under 18 U.S.C. § 983(a)(2)(A)-(E), the time has either expired or been tolled for any person to file a claim to the seized assets.

3.    Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the seized assets alleging that the seized assets are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, which in this case would be May 23, 2021.

4.    Claimant does not desire that the government initiate a civil forfeiture action against the seized assets at this time, because the parties desire additional time to discuss resolution of the matter.

5.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend the time in which the United States is required to file a complaint for forfeiture or indictment against the seized assets, in order to provide the parties an opportunity to discuss settlement.

6.    The parties request and agree that the deadlines by which the United States shall be required to file a complaint for forfeiture against the seized assets and/or obtain and indictment alleging that the seized assets are subject to forfeiture be extended to July 22, 2021.

1   7. Claimant knowingly, intelligently, and voluntarily gives up
2 any right he may have under 18 U.S.C. § 983(a)(3)(A)-(C) to require
3 the United States to file a complaint for forfeiture against the
4 seized assets alleging that defendants $78,484.94 in bank funds from
5 Bank of America account ending 5273, $8,140.26 in bank funds from
6 Bank of America account ending 5993, $2,196.75 in bank funds Bank of
7 America account ending 1352, and $1,154.29 in bank funds from Bank of
8 America account ending 1611 are subject to forfeiture by May 23,
9 2021, and any right he may have to seek dismissal of any complaint on
10 the grounds that it was not filed or returned on or before such date.
11   NOW, THEREFORE, the parties hereto, by and through their
12 respective attorneys, hereby STIPULATE AND REQUEST that the
13 government's time to file a civil forfeiture complaint in connection
14 with the seizure of defendants $78,484.94 in bank funds from Bank of
15 America account ending 5273, $8,140.26 in bank funds from Bank of
16 ///
17 ///

1    America account ending 5993, $2,196.75 in bank funds Bank of America

2    account ending 1352, and $1,154.29 in bank funds from Bank of America

3    account ending 1611 be extended to and include Thursday, July 22,

4    2021.

5         SO STIPULATED

6    Dated: April 14, 2021          TRACY L. WILKISON
                                    Acting United States Attorney
7                                   BRANDON D. FOX
                                    Assistant United States Attorney
8                                   Chief, Criminal Division
                                    STEVEN R. WELK
9                                   Assistant United States Attorney
                                    Chief, Asset Forfeiture Section
10

11                                      */s/Brent A. Whittlesey*
                                    BRENT A. WHITTLESEY
12                                  Assistant United States Attorney

13

14   Dated: April 15, 2021             */s/(per email confirmation)*
                                    STEPHEN J. FISCH
15                                  Shevin Law Group

16                                  Attorney for Claimant
                                    MOHAMED ALI SABEK
17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE BY E-MAIL

I am a citizen of the United States and a resident of or employed in Los Angeles County, California; my business address is the Office of United States Attorney, 312 North Spring Street, 14th Floor, Los Angeles, California 90012; I am over the age of 18; and I am not a party to the above-titled action;

On April 15, 2021, I served a copy of: **STIPULATION AND REQUEST TO EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT** on each person or entity named below by transmitting the document by electronic mail to the e-mail address indicated for receipt of e-mail on the date and place shown below following our ordinary office practices.  Each person has given consent to receive service by e-mail.

**TO:**  eric@shevinlaw.com; steven@shevinlaw.com

I am readily familiar with the practice of this office for transmittal of electronic mail from a desktop computer which allows for confirmation that an e-mail message was sent on a particular day and time.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: April 15, 2021, at Los Angeles, California.

/s/
**SHANNEN BECKMAN**
Senior Paralegal, FSA